UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Victor Stewart Ellerbee**　　　　　　　　　　　　　　　　　Docket No. 5:07-CR-326-1D

### Petition for Action on Supervised Release

COMES NOW Keith W. Lawrence, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Victor Stewart Ellerbee, who, upon an earlier plea of guilty to Armed Bank Robbery, in violation of 18 U.S.C. §§ 2113(a) and (d), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on May 21, 2008, to the custody of the Bureau of Prisons for a term of 228 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Victor Stewart Ellerbee is scheduled to be released from custody on October 21, 2022, at which time the term of supervised release will commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is currently at a residential reentry center (RRC) in the Northern District of Oklahoma. Initially, that district accepted his case for supervision upon his release, but the release plan has now been denied. In speaking with that office and the RRC, we have agreed that an additional term of RRC placement upon his release from custody would be appropriate in this case. To assist the defendant with his release from custody, we would respectfully recommend that his supervision be modified to include a 180-day placement in an RRC. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

　　　　　　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing is
　　　　　　　　　　　　　　　　　　　　　　　　true and correct.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Keith W. Lawrence
　　　　　　　　　　　　　　　　　　　　　　　　Keith W. Lawrence
　　　　　　　　　　　　　　　　　　　　　　　　Supervising U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　150 Rowan Street Suite 110
　　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2538
　　　　　　　　　　　　　　　　　　　　　　　　Executed On: August 12, 2022

### ORDER OF THE COURT

Considered and ordered this __12__ day of __August__, 2022, and ordered filed and made a part of the records in the above case.

___/s/ Dever___
James C. Dever III
U.S. District Judge